**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MARVIN L. THOMAS

    VS                                            CASE NO. 4:12cv84-SPM/CAS

KENNETHS. TUCKER

## REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 8/10/2012 (document #11), and referred to Magistrate Judge Charles A. Stampelos on 8/13/2012.

    Summary of motion/pleading: THIRD MOTION FOR ENLARGEMENT OF TIME

                                                              JESSICA J. LYUBLANOVITS
                                                              CLERK OF COURT

                                                               s/ Pamela Lourcey
                                                              DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 13th day of August, 2012, the requested relief is **GRANTED.**  The time for filing a response to the petition is extended to September 11, 2012.  Petitioner shall have until October 11, 2012, in which to file a reply, if any.

                                                               S/ Charles A. Stampelos
                                                               UNITED STATES MAGISTRATE JUDGE