**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**MARVIN L. THOMAS,**

       **Petitioner,**

**vs.**                                        **Case No. 4:12cv84-LC/CAS**

**MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,**

       **Respondent.**

_____/


**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 7, 2014.  Doc. 26.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  No objections have been filed.

      Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner Thomas's § 2254 petition (Doc. 1) is **DENIED**.  A certificate of appealability and leave to appeal in forma pauperis are also **DENIED**.  The Clerk shall substitute Michael D. Crews for Kenneth S. Tucker as Respondent.

**DONE AND ORDERED** this 24th day of November, 2014.

s/L.A. Collier
**LACEY COLLIER**
**Senior United States District Judge**